**DLF | DAMIANAKOS LAW FIRM, PLLC**
ATTORNEYS & COUNSELORS AT LAW

177 N. Church Ave., Suite 605
Tucson, Arizona 85701
Tel: (520) 222-8270
Fax: (520) 222-8274
Elias Damianakos, Esq.
Email: elias@damianakoslaw.com
State Bar No. 022850
Pima Attorney No. 66047

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>CLIFFORD BRUCE VANBUSKIRK,<br><br>   Defendant. | CR19-00261 TUC - RM (LCK)<br><br>**MOTION TO MODIFY CONDITIONS OF RELEASE**<br><br>Hon. Lynnette Kimmins |

COMES NOW, the Defendant, CLIFFORD BRUCE VANBUSKIRK, through undersigned counsel, and respectfully requests that the Court modify his conditions of pre-trial release to allow him to travel to Deming, New Mexico, between the dates of Tuesday, March 24, 2020 and Thursday, March 26, 2020 to obtain a trailer.

Mr. VanBuskirk has been compliant while under Pretrial Services Supervision, and has previously been permitted to travel, without issue. U.S. Pretrial Services officer Jade McCawley has been contacted and has no objection to this request. Assistant U.S. Attorney Raquel Arellano has been contacted and defers to the position of U.S. Pretrial Services officer Jade McCawley.

RESPECTFULLY SUBMITTED this 19th day of March, 2020.

                DAMIANAKOS LAW FIRM, PLLC.

                By: /s/ *ELIAS DAMIANAKOS*

                Attorney for Defendant

Copy delivered electronically this date to:

All ECF Participants